Frederick J. Ogden and Others, Copartners, Doing Business as Ogden & Cadmus, Appellants, v. William L. Sergeant, Respondent.— Determination affirmed, with costs, and judgment absolute directed to be rendered against the appellants upon their stipulation.   No opinion.

Mary E. Kenney, Appellant, v. John H. Welsh, Individually and as Executor, etc., of Louisa T. Welsh, Deceased, Respondent.— Judgment affirmed, with costs.   No opinion.

In the Matter of the Application of Max A. Greenebaum, Relator, for a Writ of Certiorari to Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements.   No opinion.

Martin Treacey, Appellant, v. Adrian H. Joline and Douglas Robinson, as Receivers for the Metropolitan Street Railway Company, Respondents.— Judgment affirmed, with costs.   No opinion.

Herbert Pomeroy Brown, Respondent, v. Joseph J. Byers, Appellant.— Judgment affirmed, with costs.   No opinion.

Morris Shidlovsky, Surviving Partner of the Firm of M. Shidlovsky & Brother, Respondent, v. Amelia Gorman, as Executrix, etc., of John J. Gorman, Deceased, Appellant.   (Nos. 1 & 2.) — In each case judgment and order affirmed, with costs.   No opinion.

Maria L. Sexton and Kate L. Sexton, Plaintiffs, v. Supreme Council of the Royal Arcanum, Defendant.— Exceptions overruled, motion for new trial denied and judgment directed in favor of defendant upon the verdict, with costs to the defendant.   No opinion.

The People of the State of New York v. Edward Dietz.— Motion to dismiss appeal granted.

The People of the State of New York v. William Greenbaum.— Motion granted, unless appellant comply with terms stated in order.

The People of the State of New York v. Agnes Leaman.— Motion granted, unless appellant comply with terms stated in order.

The People of the State of New York v. Emil Reiss.— Motion granted, unless appellant comply with terms stated in order.

The People of the State of New York v. Charles Schmidt.— Motion to dismiss appeal granted.

Samuel A. Berrian, as Administrator, v. The City of New York.— Motion to dismiss appeal granted, with ten dollars costs.

Michael C. Murphy v. The City of New York.— Motion to dismiss appeal granted, with ten dollars costs.

The People of the State of New York ex rel. George T. Stewart v. Robert W. Hebbard, as Commissioner, etc.— Motion to dismiss appeal granted, with ten dollars costs.

Max Willner v. Mink Restaurant Company.— Motion denied, without costs.

Jacob Weintraub v. Moses L. Siegel and Others.— Motion to dismiss appeal granted, with ten dollars costs.